1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LUIS M. CERVANTES-TOMAYO,        )   C 08-4258 MMC(PR)
                                      )
11                   Petitioner,      )   **ORDER OF TRANSFER**
                                      )
12        vs.                         )   **(Docket No. 3)**
                                      )
13   PEOPLE,                          )
                                      )
14                   Respondent.      )
     _____ )
15

16        On September 9, 2008, petitioner, a California prisoner proceeding pro se, filed the

17   above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming the

18   State of California has breached the terms of a plea agreement entered into by petitioner in

19   1990 in the Superior Court of Orange County.  Petitioner seeks leave to proceed in forma

20   pauperis.

21        Pursuant to 28 U.S.C. § 2241(d), venue for a habeas action is proper in either the

22   district of confinement or the district of conviction.  See 28 U.S.C. § 2241(d).  Where the

23   petition challenges a conviction or sentence, however, federal courts in California

24   traditionally have chosen to hear such petition in the district of conviction.  See Dannenberg

25   v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266

26   (N.D. Cal. 1968); see also Habeas L.R. 2254-3(a)(1).  In the instant action, petitioner was

27   convicted in Orange County, which is located within the venue of the Central District of

28

**United States District Court**
For the Northern District of California

California.  <u>See</u> 28 U.S.C. § 84(c).  Consequently, venue is proper in the Central District, not in the Northern District.

When venue is improper, the district court has the discretion to either dismiss the action or transfer it "in the interest of justice."  <u>See</u> 28 U.S.C. § 1406(a).  Accordingly, in the interest of justice, the above-titled action is hereby TRANSFERRED to the United States District Court for the Central District of California.  In light of the transfer, this Court will defer to the Central District with respect to petitioner's application to proceed in forma pauperis.

This order terminates Docket No. 3.

IT IS SO ORDERED.

DATED: September 19, 2008

MAXINE M. CHESNEY
United States District Judge